IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BLAKE, | No. C 07-0543 MJJ |
| Plaintiff (s), | **ORDER TO SHOW CAUSE** |
| v. | |
| U.S. DEPARTMENT OF STATE, et al., | |
| Defendant(s). | |

On May 15, 2007, the defendants in this action noticed for hearing their motion to dismiss for June 19, 2007 at 9:30 a.m. The plaintiff failed to submit an opposition to defendants' motion, and failed to appear at the appointed time for the motion hearing. On June 18, 2007 the plaintiff filed change of address notifications in other cases pending before the Court. However, the plaintiff did not have an address or contact information in this case nor has the Court received a request for an extension of time to respond to defendants' motion or any other excuses for the party's failure to appear. Accordingly, the Court hereby issues an order to show cause why the case should not be dismissed for failure to apprise the Court of a contact information or address at which he could be reached, and failure to respond to defendants' motion to dismiss.

IT IS HEREBY ORDERED that Plaintiff Adam Blake shall file a written response to this order to show cause by **June 29, 2007,** indicating whether plaintiff intends to prosecute this case and respond to the motion. If plaintiff chooses to respond to motion the Court will further issue an order establishing a time frame for the defendants to reply and a hearing date, if necessary.

Dated: 6/19/2007

MARTIN J. JENKINS
United States District Judge