IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BLAKE, | No. C07-00543 MJJ |
| Plaintiff, | **ORDER REGARDING BRIEFING SCHEDULE** |
| v. | |
| U.S. DEPT OF STATE, | |
| Defendant. | |

On June 26, 2007, *pro se* Plaintiff responded to this Court's Order to Show Cause and filed his untimely opposition to Defendant's Motion to Dismiss, which was scheduled for hearing on June 19, 2007. The hearing date is hereby rescheduled to August 7, 2007 at 9:30 a.m. Defendant may file a reply not less than 14 days before the hearing date.

**IT IS SO ORDERED.**

Dated: June 29, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE