SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:  (415) 436-7241
Facsimile:  (415) 436-6748
Email:  owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM JIBREEL,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPT. OF STATE, FEDERAL BUREAU OF INVESTIGATIONS, UNITED STATES DEPT. OF HOMELAND SECURITY,<br><br>          Defendants. | Case Nos.  C 07-0543 MJJ,<br>               C 07-0546 MJJ (Related)<br>               C 07-0547 MJJ (Related)<br><br>[~~PROPOSED~~] **ORDER AND JUDGMENT** |

These three related cases came before the Court on Defendant United States Department of State's motion to dismiss.  On August 6, 2007, the Court granted defendant's motion to dismiss with leave for plaintiff Jibreel to amend his complaint within 30 days.  Wednesday, September 5, 2007, was the 30th day since the Court filed its Order, and Jibreel did not amend his complaint.  Therefore, it is hereby **ORDERED AND ADJUDGED** that plaintiff Adam Jibreel shall take nothing by his complaints in these actions.  The actions are dismissed.

DATED:  09/18/2007

_____
HON. MARTIN J. JENKINS
United States District Judge